IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                         RESPONDENT

v.                              No. 1:13-cr-10007
                                No. 1:17-cv-01042

JAMIE B. MARTIN                                                                         MOVANT

## **MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Motion to Correct Sentence Pursuant to Rule 36 of the Federal Rules of Civil Procedure, or in the Alternative, Motion for Clarification of Sentence filed herein by Movant Jamie B. Martin ("Martin").  ECF No. 264.  This Motion was filed on February 10, 2017 and has been referred to the undersigned for consideration.  Upon review, the Court finds it should be **DENIED** in its entirety.

Notably, Martin claims with this Motion that his sentence was improperly calculated.  ECF No. 264.  He claims he should have received a two-point reduction in light of Amendments 782 and 788 which he claims lowered "the base offense levels in the drug quantity table across all drug types." *Id.*

Upon review, the Court find Martin's argument is entirely without merit.  According to the Statement of Reasons entered by United States District Judge Susan O. Hickey following sentencing, his base offense level *was reduced* by "2 levels due to the November 2014 guideline amendments regarding drug quantities." ECF No. 210.

Further, this is the second time Martin has raised this claim.  This very issue was already decided by United States District Judge  P. K. Holmes, III on November 13, 2015.  Judge Holmes

recognized Martin had already "received a 2-level decrease pursuant to the November 2014 guideline amendments regarding drug quantities." ECF No. 243. Thus, the Court finds no merit with the current Motion (ECF No. 264) and recommends it be **DENIED.**

**The Parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

**DATED** this **12th day of March 2018.**

                                          /s/ Barry A. Bryant
                                          HON. BARRY A. BRYANT
                                          U.S. MAGISTRATE JUDGE