IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                        Case No. 1:13-cv-10007
                          Case No. 1:21-cv-01014

JAMIE B. MARTIN                                                        DEFENDANT

# ORDER

Before the Court is the Report and Recommendation filed July 2, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 359. Judge Bryant recommends that Defendant's Motion to Vacate (ECF No. 346) be dismissed as a second or successive § 2255 Motion. Additionally, Judge Bryant recommends that Defendant be barred from any further filings with the Court without first seeking leave prior to filing. Pursuant to 28 U.S.C. §1915(a), Judge Bryant recommends that a certificate of appealability not be issued.

Plaintiff has not filed objections to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). The Court finds that Defendant's Motion to Vacate should be dismissed and a certificate of appealability should not be issued. Additionally, the Court finds that Defendant should be barred from any further filings with the Court unless he seeks leave prior to filing. Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 359) *in toto*. Defendant's Motion to Vacate is **DENIED**.

**IT IS SO ORDERED**, this 21st day of July, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge